UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PHILLIP L. ANDERSON,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED RECOVERY SYSTEMS, L.P.,<br><br>              Defendants. | Case No. 4:12-CV-00486-EJL-LMB<br><br>**JUDGMENT** |

Based upon this Court's Order Adopting Report and Recommendation, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this case is **DISMISSED IN ITS ENTIRETY**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff shall pay $25 monthly to the Clerk of the Court, on or before the last day of every month starting in November 2013, until the balance of $350 is paid in full.

DATED:  **November 6, 2013**

*[signature]*

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**